UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-20549-CIV-GOLD/WHITE

IRVIN ROBINSON,

    Petitioner,

v.

WALTER A. MCNEIL,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS, CLOSING CASE

THIS CAUSE is before the Court upon U.S. Magistrate Judge Patrick A. White's Report and Recommendations [DE 111], entered July 17, 2009. The Report recommends that Petitioner's Motion for Clarification [DE 109] be denied. No objections to the Report have been filed. Having reviewed the record and applicable law, it is hereby

ORDERED AND ADJUDGED that

1. The Report and Recommendations [DE 111] is ADOPTED.
2. The Motion for Clarification [DE 109] is DENIED.
3. This case remains CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this _15_ day of September, 2009.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
All counsel and parties of record
U.S. Magistrate Judge Patrick A. White